# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**CARY WILSON DICKENS,**

    **Plaintiff,**

v.                                      **CASE NO. 5:12-cv-251-RS-EMT**

**WASHINGTON COUNTY SHERIFFS DEPARTMENT, et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Amended Report and Recommendation (Doc. 5).

**IT IS ORDERED:**

1. The Magistrate Judge's Amended Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice** for failure to comply with an order of the court.

3. The certificate of appealability is **DENIED**.

4. The clerk is directed to close the file.

**ORDERED** on November 16, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**